IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BRIAN SNEED**                                                    **PLAINTIFF**

**VERSUS**                                  **CIVIL ACTION NO.: 4:07CV73-WAP-EMB**

**RAYMOND BYRD, ET AL.**                                **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated February 25, 2008, was on that date duly served by regular mail upon the *pro se* plaintiff and electronically upon counsel for defendants; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

    **ORDERED:**

    1. That the Report and Recommendation of the United States Magistrate Judge dated February 28, 2008, is hereby approved and adopted as the opinion of the Court.

    2. That Defendants' Motion For Summary Judgment is hereby **GRANTED**; and Plaintiff's Complaint is **DISMISSED with prejudice**.

    3. That the parties shall bear their own costs.

    **THIS**, the 26th day of March, 2008.

                                                              /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE